## (February 11, 1959)

■ In the Matter of the Claim of LEO GAIK, Respondent, against NATIONAL ANILINE DIVISION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ.